United States
of America
District Court
for Western
District of Michigan

Dan Weese
Cheryl Sult-Weese
715 West Willow St. #401
Lansing, MI 48906
517-253-7120
Per Se

V

RHP Properties
and ALL Subizes

V

ALL Lawyers
for RHP Properties
and Subizers

V

RHP Properties
D/B/A
Colonial Acres
5374 E. Deodwood DR
Kalamazoo, MI 49002
269-327-0296

Con't'd

PG 2

United States
Of America
District Court
for Western
District of Michigan

1 Danweese Brings thes on behalf on Cheryl Sult-weese and myself in Violations All of the Amendments and Public Laws without Cause

To Cause harm to the planiffs

Amendment 1
failure to allow freedom of expression without questioning the Reasonings and Causing harm by Action of Defendents

To Remove from home for no Cause

Amendment 6
There was no Charges against the parties due to expression of feelings just fear by defendents which Caused Stress to planiffs in this Case

Amendment 7
There also was not Civil Commitment due to expression of feelings of Plainiff just fear of defendent without Cause

Amendment 6

They accuse me of a crime without prove that I committed a crime they acted out of fear and that is not fair to someone who has a disability without prove from a professional in the field of mental health

Amendment 9

Violated certain Rights under the Constitution and the Bills of Rights and American with Disability Act Reasonable Accommodations

Amendment 14

They violated our Due Process and Equal Protection given us under this amendment

I Dan Weese brings this on Behalf of Cheryl Sult-Weese my Spouse and Myself for ALL PARTIES Violating the follow Articles of the Amendment 1 freedmon of expression they knew we was disabled and others express how I felt they without asking why I felt that way just went ahead and evicted us without cause due to lack of asking Questions or caring we was not Behind on any payment at all.

Admendment 5

They deprived us life, Liberty and property without Due Process of Law which with a disability also includes an evaluation request which was not Requested to be Done by a mental health proffesional

United States
of America
District Court
for Western
District of Michigan

Amendment 14
Violation of This Amendment of Due Process of any law such as probate Court or Mental Health eval

Relief under

42 USC Chapter 21 Civil Rights

Requesting in damages for Both of US 800 million Dollars

They pay All taxes & fees
Court Cost & fee

*[signature]*
Cheryl Sult-Weese